AEE

**FILED**
**FEBRUARY 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

**FRANCISCO ECHENIQUE,**         )
    Plaintiffs,                  )
                                 )
  v.                             ) No.
                                 )
                                 )
**OFFICERS A.T. JAURIQUE, STAR #18517,** )
**M.A. VAZQUEZ, STAR #4137, and THE**    )
**CITY OF CHICAGO,**             )
    Defendants.                  )

**08 C 938**

**JUDGE HART**
**MAGISTRATE JUDGE SCHENKIER**

_____

## COMPLAINT

### COUNT I - FALSE ARREST

### JURISDICTION AND VENUE

    1. This Court has jurisdiction based on 28 U.S.C. §§1331 and 1343(a) because the case raises federal constitutional issues.

    2. The Court has supplementary jurisdiction over substantially related state claims based on 28 U.S.C. 1367(a).

    3. This is an appropriate venue because all of the alleged acts occurred within the Northern District of Illinois and all of the parties reside within the Northern District of Illinois.

    4. This action is brought pursuant to 42 U.S.C. §1983 for violations of Plaintiff's

constitutional rights under the Fourth Amendment as incorporated and applied to state governments through the Fourteenth Amendment to the United States Constitution.

## PARTIES

5. Plaintiff is a citizen of the United States and resident of Chicago, Illinois.

6. Defendants Jaurique and Vazquez was on duty and acting under color of state law at all times relevant to this Complaint.

7. The City of Chicago is a municipality organized under the laws of the State of Illinois and it is the employer of Defendants Jaurique and Vazquez.

8. On July 6, 2007, Plaintiff was at or near 1357 N. Kedzie Ave. in Chicago, IL.

9. Defendants Jaurique and Vazquez did not have a search warrant for the Plaintiff.

10. Defendants Jaurique and Vazquez did not have an arrest warrant for the Plaintiff on July 6, 2007.

11. Defendants Jaurique and Vazquez did not witness the Plaintiff violate any law.

12. Defendants Jaurique and Vazquez ordered the Plaintiff to stop and proceeded to search the Plaintiff.

13. Plaintiff had not.

14. Defendants wrote false and misleading police reports alleging that the Plaintiff knowingly possessed with the intent to deliver, narcotics.

15. Ultimately that charge was dismissed (Case No. 07 CR 1532001).

16. As a direct and proximate result of the unconstitutional conduct of the Defendant officers, Plaintiff suffered actual harm.

Wherefore, Plaintiffs pray this Honorable Court award him actual and punitive damages as well as costs and reasonable attorneys fees against the defendants.

## COUNT II - STATE MALICIOUS PROSECUTION

1-16. Plaintiff re-alleges paragraphs 1-16 of Count I as paragraphs 1-16 of Count II.

17. Defendants wrote false and misleading police reports regarding the arrest of plaintiff, including but not limited to stating he knowingly possessed with the intent to deliver narcotics.

18. Defendants knew their false police reports would be relied on by superior officers and Assistant State's Attorneys to determine charges against the plaintiff.

19. Based on the defendant's false reports, plaintiff was charged under case number 07 CR 1532001.

20. On October 26, 2007, in case number 07 CR 1532001 the State's Attorney's office dismissed all of the charges contained therein.

21. Plaintiff is innocent of those charges.

WHEREFORE, Plaintiff prays this Court will award him actual and punitive damages as well as costs and reasonable attorney's fees against the defendants for him

false arrest.

## COUNT III - STATUTORY INDEMNIFICATION

1-21. Plaintiff re-allege paragraphs 1-21 of Counts I and II as paragraphs 1-21 of Count III.

22. At all relevant times 745 ILCS 10/9-102 was in full force and effect.

23. The defendant officers were acting under color of state law and as employees of the City of Chicago.

WHEREFORE, Plaintiff prays the Court will award him actual damages and costs against the City of Chicago.

Respectfully Submitted,

S/ Thomas Peters
THOMAS PETERS
KEVIN PETERS
Attorneys for Plaintiff
407 S. Dearborn, Suite 1675
Chicago, Illinois 60605
312-697-0022