

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

APR 2 3 2008
Apr 23. 2008
UNITED STATES DISTRICT COURT
JUDGE WILLIAM T. HART

| | |
|---|---|
| FRANCISCO ECHENIQUE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 938 |
| ) | |
| CHICAGO POLICE OFFICERS A.T. ) | Judge William T. Hart |
| JAURIQUE (STAR # 185170, M. VAZQUEZ ) | |
| (STAR # 4137) and the CITY OF CHICAGO, ) | Magistrate Judge Sidney I. Schenkier |
| ) | |
| Defendants. ) | |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Thomas Peters
Attorney for plaintiff,
Francisco Echenique
407 S. Dearborn, Site 1675
Chicago, Illinois 60605
(312) 697-0022
Attorney No. 3483587
DATE: 3/31/08

_____
Liza M. Franklin
Chief Assistant Corporation Counsel
Attorney for defendants,
Adam Jaurique and Miguel Vazquez
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6216088
Date: _____

08C938

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Liza M. Franklin
Chief Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6216088

Date: _____