## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 938 | **DATE** | 4/23/2008 |
| **CASE TITLE** | Francisco Echenique vs. A.T. Jaurique, et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to stipulation, this case is dismissed with prejudice and with each party bearing its own costs and attorneys' fees. Enter Agreed Order of Dismissal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|