

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANCISCO ECHENIQUE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 938 |
| ) | |
| CHICAGO POLICE OFFICERS A.T. ) | Judge William T. Hart |
| JAURIQUE (STAR # 185170, M. VAZQUEZ ) | |
| (STAR # 4137) and the CITY OF CHICAGO, ) | Magistrate Judge Sidney I. Schenkier |
| ) | |
| Defendants. ) | |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Francisco Echenique, by one of his attorneys, Thomas Peters, and defendants, Adam Jaurique and Miguel Vazquez, by their attorney, Liza M. Franklin, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Francisco Echenique, against defendant(s), City of Chicago, Adam Jaurique and Miguel Vazquez, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Liza M. Franklin
Chief Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6216088

ENTER: _____
The Honorable William T. Hart
United States District Judge

DATED: 4/23/08